BENJAMIN STOLZ, as Receiver of the CENTRAL CITY WATER WORKS COMPANY, Appellant, *v.* THE CITY OF SYRACUSE, Respondent.

*Stolz* v. *City of Syracuse,* 134 App. Div. 993, affirmed.
(Argued January 17, 1911; decided February 7, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 17, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*Louis Marshall* for appellant.

*Walter W. Magee, Corporation Counsel,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.